# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**NELSON BARRERO,**

    **Defendant.**                                     **Case No. 03-cr-30102-DRH**

## ORDER

**HERNDON, Chief Judge:**

      Defendant Barrero has filed a Motion for Early Termination of Supervised Release (Doc. 35). As part of his sentence, after his release from federal prison, Defendant was ordered to be placed on supervised release for three years, Defendant began his period of supervised release on May 16, 2006. Since that time, Defendant's Motion states that he has served over two-thirds of his supervised release term without incident, fully complying with the conditions of his release. The Motion further states that the Government has been notified and has no objection to Defendant's request, whereas Defendant's supervised release officer has chosen not to state her position on the issue.

      For good cause shown, the Court hereby **GRANTS** Defendant's Motion

(Doc. 35) and **TERMINATES** the remaining term of Nelson Barrero's supervised release.

        **IT IS SO ORDERED.**

Signed this 11th day of February, 2008.

                                  /s/ David R Herndon
                                  **Chief Judge**
                                  **United States District Court**